ב"ה

**(EXHIBIT A)**

*Handwritten notes at top:*
Received
[signature] 2/1/21
"Brookside Funds Haven is unable to evict due to non-rent payment per the guidelines under Section of this document today [signature] 2/11/21"

**DECLARATION UNDER PENALTY OF PERJURY FOR THE CENTERS FOR DISEASE CONTROL AND PREVENTION'S TEMPORARY HALT IN EVICTIONS TO PREVENT FURTHER SPREAD OF COVID-19**

This declaration is for tenants, lessees, or residents of residential properties who are covered by the CDC's order temporarily halting residential evictions (not including foreclosures on home mortgages) to prevent the further spread of COVID-19. Under the CDC's order you must provide a copy of this declaration to your landlord, owner of the residential property where you live, or other person who has a right to have you evicted or removed from where you live. Each adult listed on the lease, rental agreement, or housing contract should complete this declaration. Unless the CDC order is extended, changed, or ended, the order prevents you from being evicted or removed from where you are living through March 31, 2021. You are still required to pay rent and follow all the other terms of your lease and rules of the place where you live. You may also still be evicted for reasons other than not paying rent or making a housing payment. This declaration is sworn testimony, meaning that you can be prosecuted, go to jail, or pay a fine if you lie, mislead, or omit important information.

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the foregoing are true and correct:

- I have used best efforts to obtain all available government assistance for rent or housing;
- I either expect to earn no more than $99,000 in annual income for Calendar Year 2020-2021 (or no more than $198,000 if filing a joint tax return), was not required to report any income in 2019 to the U.S. Internal Revenue Service, or received an Economic Impact Payment (stimulus check) pursuant to Section 2201 of the CARES Act;
- I am unable to pay my full rent or make a full housing payment due to substantial loss of household income, loss of compensable hours of work or wages, lay-offs, or extraordinary out-of-pocket medical expenses;
- I am using best efforts to make timely partial payments that are as close to the full payment as the individual's circumstances may permit, taking into account other nondiscretionary expenses;
- If evicted I would likely become homeless, need to move into a homeless shelter, or need to move into a new residence shared by other people who live in close quarters because I have no other available housing options.
- I understand that I must still pay rent or make a housing payment, and comply with other obligations that I may have under my tenancy, lease agreement, or similar contract. I further understand that fees, penalties, or interest for not paying rent or making a housing payment on time as required by my tenancy, lease agreement, or similar contract may still be charged or collected.
- I further understand that at the end of this temporary halt on evictions on March 31, 2021, my housing provider may require payment in full for all payments not made prior to and during the temporary halt and failure to pay may make me subject to eviction pursuant to State and local laws.

Even if you have provided a declaration to your landlord, the Order does not prevent your landlord from seeking a hearing, if authorized by State or local law and in accordance with State or local court procedure, to challenge the truthfulness of your declaration.

I understand that any false or misleading statements or omissions may result in criminal and civil actions for fines, penalties, damages, or imprisonment.

[signature]                                                    02/08/2021
Signature of Declarant                                         Date

I delivered this Declaration to my landlord    Feruaury 8   , 2021 (date) by (check all that apply):

☑ Hand-delivery at  1655 PRUDENTIAL DR  (address)    ☐ Email at _____ (email address)
                    32206, FL

☐ Text at _____ (phone number)    ☐ Other at _____ (list manner)

---
"Available government assistance" means any governmental rental or housing payment benefits available, to the individual or any household member.
An "extraordinary" medical expense is any unreimbursed medical expense likely to exceed 7.5% of one's adjusted gross income for the year.
"Available housing" means any available, unoccupied residential property, or other space for occupancy in any seasonal or temporary housing, that would not violate federal, state, or local occupancy standards and that would not result in an overall increase of housing cost to you.

ב"ה

(EXHIBIT B)



December 18, 2020

JEA
21 West Church St.
Jacksonville, FL 32202

To Whom It May Concern

Our records reflect that the following individual has applied for service with JEA.

Customer Name:     BROWN, JULIAN M
Account Number:    3420144252
Customer Address:  1655 PRUDENTIAL DR APT 2430
Type of Service(s): Electric
Start Date:        12/21/20
Confirmation #     3420144252

We appreciate your business and count on you as one of our valued customers. If you have any questions or need further assistance, please call one of our Customer Advisors at (904) 665-6000 or (800) 683-5542. Advisors are available Monday through Friday between 7:00 a.m. and 6:00 p.m.

Sincerely,

Pickett
Customer Advisor

ב״ה

(EXHIBIT C)

03/01/2021

Julian Brown
1655 Prudential Dr # 2535
Jacksonville, FL - 32207

Dear Julian Brown,

You currently have utility services being provided to you that have not been set up in your name as agreed upon in your leasing agreement. Due to this discrepancy, we have paid these charges to the utility provider for you. As such you currently owe for the amount of time that the utility service was not switched over to your name.

The amounts due for utility services are listed below and should be paid to the administration / leasing office immediately:

| Description | Amount |
|---|---|
| Vacant Electric for 01/20/21-02/18/21 | $130.25 |
| Vacant Service Fee for 01/20/21-02/18/21 | $50.00 |
| Total Amount Due: | $180.25 |

In order to avoid additional notices associated with this utility service discrepancy, please contact the utility providers referenced below to request services be set up in your name effective the beginning of the provider's next service cycle. Note: if you live in a deregulated state, you may be able to select a utility provider of your choice.

| Utility | Provider | Phone # |
|---|---|---|
| Vacant Electric | JEA | 904-665-6250 |

If you feel you have been charged incorrectly, please contact your community office during normal business hours.

Sincerely,

Broadstone River House Management

*Please provide proof of electric by Wednesday 3/3/21.*

ב"ה

(EXHIBIT D)

THREE (3) DAY NOTICE
TO PAY OR VACATE

DATE: May 5, 2021

TO:   JULIAN BROWN                    , AND ALL OTHERS IN POSSESSION

1655 Prudential Drive 2535, Florida,
Jacksonville, FL 32207

You are hereby notified that you are indebted to me in the sum of $ 3,830.75 , for the rent as designated in the rental agreement and for use of the premises described above and now occupied by you as a result of your failure to pay such rent due and owing through: May 31, 2021

I demand payment of the rent or possession of the premises within three (3) days (excluding Saturdays, Sundays, and legal holidays) from the date of delivery of this notice. To Wit: on or before the 10th Day of May 2021

This notice is given to you pursuant to Florida Statues Section 83.56 (3). Your failure to comply with this notice may result in eviction proceedings being filed against you pursuant to Florida Statues Section 83. This notice does not waive any other reights or remedies your Landlord may have against you.

PLEASE BE GOVERNED ACCORDINGLY

_____
Authorized Representative

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and corect copy of the foregoing was delivered to the addressed, on the below date, in the following manner:

( )   This notice was delivered personally
( )   The person(s) were absent from the residence and this notice was posted at the above referenced address.

BY: _____     DATE: 5/5/21
Authorized Agent for Landlord

Broadstone River House
1655 Prudential Drive Jacksonville, FL 32207
(904) 343-5912

Because of the global COVID-19 pandemic, you may be eligible for temporary protection from eviction under the laws of your State, territory, locality, or tribal area, or under Federal law. Learn the steps you should take now: visit www.cfpb.gov/eviction or call a housing counselor at 800-569-4287.



ב"ה

(EXHIBIT E)



ב"ה

(EXHIBIT F)



**Jacksonville Sheriff's Office**
**Incident (Offense)**
2021-0381600-02

**Sheriff Mike Williams**

Route To
Groups:
People:

### Incident Information

Incident Location
1655 PRUDENTIAL DR
JACKSONVILLE, FL 32207
Sub-sector: G1   TAZ: 378
Location Type: APARTMENT / CONDO
Primary Weapon Used: NOT APPLICABLE (NONE)
School Name:
Incident Occurred: Outside Location   Incident Occurred in the Parking Lot at this Location?: YES

Day/Date/Time Reported: Saturday, 06/26/2021 11:21
Day/Date/Time Incident From: Tuesday, 06/22/2021 00:00   To: Saturday, 06/26/2021 11:00
Is this a Corrections Information Report?: NO

School Number:

Miscellaneous
Drug Activity: NOT APPLICABLE   Drug Type: NOT APPLICABLE
MCI Case: NO   Follow-up By:
Was Hate Crime Involved?: NO   Dating Violence Involved?: NO   Is Offense(s) Related to Domestic Violence?: NO
If not Domestic Violence, is it Domestic Related?: NO   Any Children under 18 Involved as a Victim?: NO

# of Offenses: 1
# of Victims: 1
# of Suspects: 1

### Offense(s)

#1  Statute #: 812.014(2)(C)6   Degree: F3   UCR Code: 2400   Attempt Code: Committed
THEFT OF MOTOR VEHICLE - LESS THAN $100,000
Criminal Activity Type:

### Additional Information

On 6/26/21, at 1200, I was dispatched to 1655 Prudential Dr. (Broadstone House Apartments) #2535 in reference to a stolen motorcycle.

On 6/26/21, at 1500, I returned to the leasing office at the apartment during a follow-up investigation.

The office manager, Mrs. Harting (Ph# 904-343-5912), advised they were still experiencing difficulties with their security camera system and historical footage was unavailable. She said she would notify JSO if the footage was recovered.

At this time, there is no information available that can be used to identify a suspect.

Case not cleared, patrol efforts suspended.

### Additional Question(s)

Crime Reporting

Modus Operandi

### Misc Information

Clearance Status: CASE NOT CLEARED   Clearance Code: NOT APPLICABLE   Date Case Was Cleared:
Case Not Cleared Type: CASE NOT CLEARED (PATROL EFFORTS SUSPENDED)   Number of Cases Cleared:
Is there additional information included on a continuation report?: NO   Are there other Pertinent Reports?: NO
Did this incident qualify as a "Cargo Theft"?: NO
In your opinion is there significant reason to believe that the crime can be solved by a patrol follow-up investigation?:
Neighborhood Canvass Conducted?:
Case Card Information Left with: Person
Victim (01) - BROWN, JULIAN MARTEZ
Handouts
#1: Case Information Card   #2: Victim Services Card
Bias Motivation(s)

Page 1 of 2   Printed 07/12/2023 15:25 by S.L. ETHRIDGE ( #85925 )   **Sheriff Mike Williams**   2021-038160